**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| XR COMMUNICATIONS, LLC, dba VIVATO TECHNOLOGIES,<br><br>                 Plaintiff,<br><br>     v.<br><br>ASUSTEK COMPUTER INC.<br><br>                Defendant. | Case No.  6:21-cv-00622-ADA<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF
PLAINTIFF'S MOTION TO EFFECT ALTERNATIVE SERVICE ON DEFENDANT**

Plaintiff XR Communications, LLC dba Vivato Technologies ("Vivato") files the attached supplemental authority in support of Plaintiff's Motion to Effect Alternative Service on Defendant. *See* Dkt. No. 8. On September 10, 2021, the Federal Circuit approved this district court's authorization of alternate service on a foreign entity. *See* Exhibit A (*In re OnePlus Technology (ShenZhen) Co.*, No. 2021-165, 2021 WL 4130643 (Fed. Cir. Sept. 10, 2021)).

Dated: September 17, 2021                    Respectfully submitted,

                                             */s/ Reza Mirzaie*

                                             Reza Mirzaie (CA SBN 246953)
                                             rmirzaie@raklaw.com
                                             Paul A. Kroeger (CA SBN 229074)
                                             pkroeger@raklaw.com
                                             Philip X. Wang (CA SBN 262239)
                                             pwang@raklaw.com
                                             James N. Pickens (CA SBN 307474)
                                             jpickens@raklaw.com
                                             Minna Y. Chan (CA SBN 304951)
                                             mchan@raklaw.com
                                             Christian Conkle (CA SBN 306374)
                                             cconkle@raklaw.com
                                             RUSS AUGUST & KABAT
                                             12424 Wilshire Blvd. 12th Floor
                                             Los Angeles, CA 90025
                                             Phone: (310) 826-7474

                                             **Attorneys for Plaintiff XR Communications, LLC,
                                             d/b/a Vivato Technologies, Inc.**